```
A. JESSE IVANHOE
2140 Sweetwater Drive
San Leandro, CA  94578
Telephone:  510-352-9825

Petitioner in pro per
```

FILED
98 OCT 29 PM 2:44

[stamp: CASADY, CLERK / U.S. BANKRUPTCY COURT / NORTHERN DIST. OF CA. / SAN JOSE, CA.]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 92-57685-JRG-7 |
| LOGISTICON  INC., | Chapter 7 |
| Debtor. | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

The Court, having reviewed the Petition of A. Jesse Ivanhoe for payment of unclaimed funds, and finding no opposition to said Petition,

IT IS HEREBY ORDERED that the Clerk issue a check, in the amount of $1,178.37, payable to Edward J. Sully, and mail said check to A. Jesse Ivanhoe, 2140 Sweetwater Drive, San Leandro, CA  94578.

Dated: [signature]

[signature]
United States Bankruptcy Judge

A. JESSE IVANHOE
2140 Sweetwater Drive
San Leandro, CA  94578
Telephone:  510-352-9825

Petitioner in pro per

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                          )    Case No.  92-57685-JRG-7
                                )
LOGISTICON   INC.,              )    Chapter 7
                                )
     Debtor.                    )
_____)

**AMENDMENT TO PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

Petitioner, A. Jesse Ivanhoe, as attorney-in-fact for Creditor Edward J. Sully, amends the Petition he served and mailed to the Court on or about March 4, 1998, as follows:

The Petition as filed requested the following relief:

> "Petitioner requests an order directing the Clerk to mail a check in the amount of $1,178.37, payable jointly to Petitioner and to Creditor Edward J. Sully, to A. Jesse Ivanhoe, 2140 Sweetwater Drive, San Leandro, CA  94578."

Petitioner now incorporates by reference the Petition and all supporting documents as filed, but amends the request for relief to read as follows:

1     "Petitioner requests an order directing the Clerk
2   to mail a check to Petitioner, A. Jesse Ivanhoe, 2140
3   Sweetwater Drive, San Leandro, CA 94578, in the amount
4   of $1,178.37, payable to Creditor Edward J. Sully."

6 Dated: July 7, 1998

                                                  A. Jesse Ivanhoe
                                                  Petitioner

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My address is P.O. Box 151641, San Rafael, CA 94915.

On the date specified below, the attached

AMENDMENT TO PETITION FOR PAYMENT OF UNCLAIMED FUNDS

was deposited with the United States Postal Service at San Rafael, California addressed to:

> Edward J. Sully
> 1183 Blackberry Terrace
> Sunnyvale, CA 94087
>
> United States Attorney
> Bankruptcy Section
> 450 Golden Gate Avenue
> San Francisco, CA 94102

The envelope(s) bearing the above-described items was sealed, with proper postage and placed for collection and mailing on the date specified below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 1998

*[signature]*